Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| | | |
|---|---|---|
| DOMINGO FRANKLIN MORALES ROSARIO<br><br>Apelante<br><br>v.<br><br>YADILET OZORIA LUCIANO<br><br>Apelado | KLAN202400061 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm. SJ2023RF01284<br><br>Sobre: Divorcio – Ruptura Irreparable |

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio, el Juez Marrero Guerrero y la Jueza Boria Vizcarrondo.

Pagán Ocasio, juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 26 de febrero de 2024.

Vista la Moción solicitando desestimación por academicidad presentada por la parte apelante el 23 de febrero de 2024, se tiene a dicha parte por desistida de la acción que ejercita en este caso, por tornarse académica la controversia.

En virtud de las disposiciones de la 83 (B) (5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B R.83 (B) (5), se tiene a la parte apelante por desistida y se ordena el archivo del caso.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____